# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Thomas Stafford  
           Debtor(s)

CHAPTER 13

BKY. NO. 18-12948 mdc

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of CARRINGTON MORTGAGE SERVICES as servicer for THE BANK OF NEW YORK MELLON, f/k/a THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2007-12 and index same on the master mailing list.

                        Respectfully submitted,

                        **/s/ Rebecca A. Solarz, Esquire**  
                        Rebecca A. Solarz, Esquire  
                        KML Law Group, P.C.  
                        701 Market Street, Suite 5000  
                        Philadelphia, PA 19106-1532  
                        (215) 627-1322 FAX (215) 627-7734