```
                            United States Bankruptcy Court
                            Eastern District of Pennsylvania
In re:                                                              Case No. 18-12948-mdc
Thomas Stafford                                                     Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: Virginia          Page 1 of 1           Date Rcvd: May 01, 2018
                             Form ID: 130            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2018.
db              Thomas Stafford,    6491 Woodbine Ave,    Philadelphia, PA  19151-2406

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2018 at the address(es) listed below:
              ERIK B. JENSEN    on behalf of Debtor Thomas  Stafford akeem@jensenbagnatolaw.com, gilberto@jensenbagnatolaw.com;mjmecf@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 3

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re:                                                           Chapter: 13
    Thomas Stafford
                Debtor(s)               Bankruptcy No: 18−12948−mdc

## *O R D E R*

**AND NOW,** this 1st day of May, 2018 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

    Documents and Deadline

    Matrix List of Creditors due 05/7/2018
    Atty Disclosure Statement due 05/14/2018
    Chapter 13 Plan due by 05/14/2018
    Schedules AB−J due 05/14/2018
    Statement of Financial Affairs due 05/14/2018
    Summary of Assets and Liabilities Form B106 due 05/14/2018
    Statement of Current Monthly Income B122C−1 due due 5/14/2018
    Means Test Calculation B122C−2 due 5/14/2018
    Statement of Social Security B121 due 5/7/2018
    Incomplete Filings due by 05/14/2018.
    Any request for an extension of time must be filed prior to the expiration of the deadlines listed.

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

By the Court

Magdeline D. Coleman
Judge , United States Bankruptcy Court

3
Form 130