IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| **Thomas Stafford** | : | |
| | : | |
| | : | BANKRUPTCY NO.: 18-12948-MDC |

**O R D E R**

AND NOW, this 17th day of May, 2018, upon consideration of Debtors' Motion, it is hereby,

ORDERED AND DECREED that debtor shall be allowed an extension of time until **5/30/2018** to file all required documents including Statement of Affairs and Schedules of Assets.

BY THE COURT:

_____
Hon. Magdeline D. Coleman
U.S. BANKRUPTCY JUDGE

cc:   Thomas Stafford
      6491 Woodbine Avenue
      Philadelphia, PA 19151

      William C. Miller, Trustee
      PO Box 40119
      Philadelphia, PA 19106

      Office of the U.S. Trustee
      833 Chestnut Street
      Suite 500
      Philadelphia, PA 19106