United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Thomas Stafford
    Debtor

Case No. 18-12948-mdc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2　　　User: Virginia　　　Page 1 of 1　　　Date Rcvd: May 17, 2018
　　　　　　　　　　　　Form ID: pdf900　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2018.
db　　　　　Thomas Stafford,　  6491 Woodbine Ave,　  Philadelphia, PA   19151-2406

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2018　　　　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 17, 2018 at the address(es) listed below:
　　　　　ERIK B. JENSEN    on behalf of Debtor Thomas  Stafford akeem@jensenbagnatolaw.com,
　　　　　 gilberto@jensenbagnatolaw.com;mjmecf@gmail.com
　　　　　REBECCA ANN SOLARZ    on behalf of Creditor    THE BANK OF NEW YORK MELLON, f/k/a THE BANK OF NEW
　　　　　 YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES,
　　　　　 SERIES 2007-12 bkgroup@kmllawgroup.com
　　　　　United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
　　　　　WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| **Thomas Stafford** | : | |
| | : | |
| | : | BANKRUPTCY NO.: 18-12948-MDC |

**O R D E R**

AND NOW, this 17th day of May, 2018, upon consideration of Debtors' Motion, it is hereby,

ORDERED AND DECREED that debtor shall be allowed an extension of time until **5/30/2018** to file all required documents including Statement of Affairs and Schedules of Assets.

BY THE COURT:

_____
Hon. Magdeline D. Coleman
U.S. BANKRUPTCY JUDGE

cc:    Thomas Stafford
       6491 Woodbine Avenue
       Philadelphia, PA 19151

       William C. Miller, Trustee
       PO Box 40119
       Philadelphia, PA 19106

       Office of the U.S. Trustee
       833 Chestnut Street
       Suite 500
       Philadelphia, PA 19106