# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Thomas Stafford | : | |
| | : | |
| | : | BANKRUPTCY NO.: 18-12948-MDC |

## PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK OF COURT:

Kindly withdraw docket number 13, Schedules A/B-J.

Jensen Bagnato, P.C.

BY: /s/Erik B. Jensen
JENSEN BAGNATO, P.C
1500 Walnut Street, Ste 1920
Philadelphia, PA 19102
Telephone: 215-546-4700
Date: June 6, 2018        Attorney for the Debtor