| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| R6 / RSE 22954693 | 01/000100 | 1537008 | 1 of 1 |

Integrated Support Services Inc
225 E City Avenue Suite 205
Bala Cynwyd, PA 19004

## Earnings Statement

ADP

Period Starting: 01/15/2018
Period Ending: 01/28/2018
Pay Date: 02/02/2018

Taxable Marital Status: Single
Exemptions/Allowances:        Tax Override:
    Federal:    4              Federal:
    State:      0              State:
    Local:      0              Local:
Social Security Number: XXX-XX-XXXX

Thomas C Stafford
6491 Woodbine Ave
Philadelphia, PA 19151

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 144.2400 | 80.00 | 11539.20 | 33463.68 |
| Holiday |  |  | 0.00 | 1153.92 |
| Gross Pay |  |  | $11,539.20 | $34,617.60 |

| Statutory Deductions |  | this period | year to date |
|---|---|---|---|
| Federal Income |  | -2821.35 | 8673.49 |
| Social Security |  | -713.82 | 2141.46 |
| Medicare |  | -166.95 | 500.83 |
| Pennsylvania State Income |  | -353.46 | 1060.38 |
| Pennsylvania State UI |  | -6.92 | 20.77 |
| Phila R Local Income |  | -448.96 | 1346.88 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *Dental pre-tax | -25.96 | 77.88 |

Net Pay    $7,001.78

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Personal |  |  |
| - Carry Over |  | 0.00 |
| - Accrued Hours | 0.00 | 16.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance |  | 16.00 |
| Sick |  |  |
| - Carry Over |  | 0.00 |
| - Accrued Hours | 0.00 | 32.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance |  | 32.00 |
| Vacation |  |  |
| - Carry Over |  | 0.00 |
| - Accrued Hours | 0.00 | 160.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance |  | 160.00 |
| Total Hours Worked | 80.00 | 232.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX4297 | XXXXXXXXX | 7001.78 |

Your federal taxable wages this period are $11,513.24
* Excluded from Federal taxable wages

Integrated Support Services Inc
225 E City Avenue Suite 205
Bala Cynwyd, PA 19004

Pay Date:    02/02/2018

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX4297 | XXXXXXXXX | 7001.78 |

Thomas C Stafford
6491 Woodbine Ave
Philadelphia, PA 19151

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| R6 / RSE 22954693 | 01/000100 | 1573157 | 1 of 1 |

Integrated Support Services Inc
225 E City Avenue Suite 205
Bala Cynwyd, PA 19004

## Earnings Statement

ADP

Period Starting: 01/29/2018
Period Ending: 02/11/2018
Pay Date: 02/16/2018

Taxable Marital Status: Single
Exemptions/Allowances:         Tax Override:
  Federal:   4                   Federal:
  State:     0                   State:
  Local:     0                   Local:
Social Security Number: XXX-XX-XXXX

Thomas C Stafford
6491 Woodbine Ave
Philadelphia, PA 19151

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 144.2400 | 80.00 | 11539.20 | 45002.88 |
| Holiday | | | 0.00 | 1153.92 |
| Gross Pay | | | $11,539.20 | $46,156.80 |

| Statutory Deductions | | this period | year to date |
|---|---|---|---|
| Federal Income | | -2821.35 | 11494.84 |
| Social Security | | -713.82 | 2855.28 |
| Medicare | | -166.94 | 667.77 |
| Pennsylvania State Income | | -353.46 | 1413.84 |
| Pennsylvania State UI | | -6.92 | 27.69 |
| Phila R Local Income | | -448.96 | 1795.84 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *Dental pre-tax | -25.96 | 103.84 |

| Net Pay | | | $7,001.79 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Personal | | |
|   - Carry Over | | 0.00 |
|   - Accrued Hours | 0.00 | 16.00 |
|   - Taken Hours | 0.00 | 0.00 |
|   - Balance | | 16.00 |
| Sick | | |
|   - Carry Over | | 0.00 |
|   - Accrued Hours | 0.00 | 32.00 |
|   - Taken Hours | 0.00 | 0.00 |
|   - Balance | | 32.00 |
| Vacation | | |
|   - Carry Over | | 0.00 |
|   - Accrued Hours | 0.00 | 160.00 |
|   - Taken Hours | 0.00 | 0.00 |
|   - Balance | | 160.00 |
| Total Hours Worked | 80.00 | 312.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX4297 | XXXXXXXXX | 7001.79 |

Your federal taxable wages this period are $11,513.24
* Excluded from Federal taxable wages

Integrated Support Services Inc
225 E City Avenue Suite 205
Bala Cynwyd, PA 19004

Pay Date: 02/16/2018

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX4297 | XXXXXXXXX | 7001.79 |

Thomas C Stafford
6491 Woodbine Ave
Philadelphia, PA 19151

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| R6 / RSE 22954693 | 01/000100 | 1610454 | 1 of 1 |

Integrated Support Services Inc
225 E City Avenue Suite 205
Bala Cynwyd, PA 19004

## Earnings Statement

ADP

Period Starting: 02/12/2018
Period Ending: 02/25/2018
Pay Date: 03/02/2018

Taxable Marital Status: Single
Exemptions/Allowances:         Tax Override:
  Federal:    4                  Federal:
  State:      0                  State:
  Local:      0                  Local:
Social Security Number: XXX-XX-XXXX

Thomas C Stafford
6491 Woodbine Ave
Philadelphia, PA 19151

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 144.2400 | 80.00 | 11539.20 | 56542.08 |
| Holiday | | | 0.00 | 1153.92 |
| Gross Pay | | | $11,539.20 | $57,696.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -2821.35 | 14316.19 |
| Social Security | -713.82 | 3569.10 |
| Medicare | -166.94 | 834.71 |
| Pennsylvania State Income | -353.46 | 1767.30 |
| Pennsylvania State UI | -6.93 | 34.62 |
| Phila R Local Income | -448.96 | 2244.80 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *Dental pre-tax | -25.96 | 129.80 |

| | | |
|---|---|---|
| Net Pay | | $7,001.78 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Personal | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 16.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 16.00 |
| Sick | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 32.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 32.00 |
| Vacation | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 160.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 160.00 |
| Total Hours Worked | 80.00 | 392.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX4297 | XXXXXXXXX | 7001.78 |

Your federal taxable wages this period are $11,513.24
* Excluded from Federal taxable wages

Integrated Support Services Inc
225 E City Avenue Suite 205
Bala Cynwyd, PA 19004

Pay Date:   03/02/2018

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX4297 | XXXXXXXXX | 7001.78 |

THIS IS NOT A CHECK

Thomas C Stafford
6491 Woodbine Ave
Philadelphia, PA 19151

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| R6 / RSE 22954693 | 01/000100 | 2121 | 1 of 1 |

Integrated Support Services Inc
225 E City Avenue Suite 205
Bala Cynwyd, PA 19004

## Earnings Statement

ADP

Period Starting:  02/26/2018
Period Ending:   03/11/2018
Pay Date:        03/16/2018

Taxable Marital Status: Single
Exemptions/Allowances:           Tax Override:
  Federal:   4                     Federal:
  State:     0                     State:
  Local:     0                     Local:
Social Security Number:   XXX-XX-XXXX

Thomas C Stafford
6491 Woodbine Ave
Philadelphia, PA 19151

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 144.2400 | 80.00 | 11539.20 | 68081.28 |
| Holiday | | | 0.00 | 1153.92 |
| Gross Pay | | | $11,539.20 | $69,235.20 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -2821.35 | 17137.54 |
| Social Security | -713.83 | 4282.93 |
| Medicare | -166.94 | 1001.65 |
| Pennsylvania State Income | -353.46 | 2120.76 |
| Pennsylvania State UI | -6.92 | 41.54 |
| Phila R Local Income | -448.96 | 2693.76 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *Dental pre-tax | -25.96 | 155.76 |

| Net Pay | $7,001.78 |
|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Personal | | |
|   - Carry Over | | 0.00 |
|   - Accrued Hours | 0.00 | 16.00 |
|   - Taken Hours | 0.00 | 0.00 |
|   - Balance | | 16.00 |
| Sick | | |
|   - Carry Over | | 0.00 |
|   - Accrued Hours | 0.00 | 32.00 |
|   - Taken Hours | 0.00 | 0.00 |
|   - Balance | | 32.00 |
| Vacation | | |
|   - Carry Over | | 0.00 |
|   - Accrued Hours | 0.00 | 160.00 |
|   - Taken Hours | 0.00 | 0.00 |
|   - Balance | | 160.00 |
| Total Hours Worked | 80.00 | 472.00 |

Your federal taxable wages this period are $11,513.24
* Excluded from Federal taxable wages

3-50/310

Integrated Support Services Inc
225 E City Avenue Suite 205
Bala Cynwyd, PA 19004

Payroll Check Number:   2121
Pay Date:               03/16/2018

THIS IS NOT A CHECK

Pay to the order of:  Thomas C Stafford

This amount:  SEVEN THOUSAND ONE AND 78/100    $7,001.78

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

wells fargo

Thomas C Stafford
6491 Woodbine Ave
Philadelphia, PA 19151

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| R6 / RSE 22954693 | 01/000100 | 2148 | 1 of 1 |

Integrated Support Services Inc
225 E City Avenue Suite 205
Bala Cynwyd, PA 19004

**Earnings Statement**

ADP

Period Starting: 03/12/2018
Period Ending: 03/25/2018
Pay Date: 03/30/2018

Taxable Marital Status: Single
Exemptions/Allowances:         Tax Override:
  Federal:    4                  Federal:
  State:      0                  State:
  Local:      0                  Local:
Social Security Number: XXX-XX-XXXX

Thomas C Stafford
6491 Woodbine Ave
Philadelphia, PA 19151

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 144.2400 | 80.00 | 11539.20 | 79620.48 |
| Holiday | | | 0.00 | 1153.92 |
| Gross Pay | | | $11,539.20 | $80,774.40 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -2821.35 | 19958.89 |
| Social Security | -713.82 | 4996.75 |
| Medicare | -166.94 | 1168.59 |
| Pennsylvania State Income | -353.46 | 2474.22 |
| Pennsylvania State UI | -6.92 | 48.46 |
| Phila R Local Income | -448.96 | 3142.72 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *Dental pre-tax | -25.96 | 181.72 |

| Net Pay | $7,001.79 |
|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Personal | | |
|   - Carry Over | | 0.00 |
|   - Accrued Hours | 0.00 | 16.00 |
|   - Taken Hours | 0.00 | 0.00 |
|   - Balance | | 16.00 |
| Sick | | |
|   - Carry Over | | 0.00 |
|   - Accrued Hours | 0.00 | 32.00 |
|   - Taken Hours | 0.00 | 0.00 |
|   - Balance | | 32.00 |
| Vacation | | |
|   - Carry Over | | 0.00 |
|   - Accrued Hours | 0.00 | 160.00 |
|   - Taken Hours | 0.00 | 0.00 |
|   - Balance | | 160.00 |
| Total Hours Worked | 80.00 | 552.00 |

Your federal taxable wages this period are $11,513.24
* Excluded from Federal taxable wages

Integrated Support Services Inc
225 E City Avenue Suite 205
Bala Cynwyd, PA 19004

3-50/310

Payroll Check Number: 2148
Pay Date: 03/30/2018

Pay to the order of: Thomas C Stafford

This amount: SEVEN THOUSAND ONE AND 79/100

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

$7,001.79

wells fargo

Thomas C Stafford
6491 Woodbine Ave
Philadelphia, PA 19151

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| R6 / RSE 22954693 | 01/000100 | 2176 | 1 of 1 |

Integrated Support Services Inc
225 E City Avenue Suite 205
Bala Cynwyd, PA 19004

# Earnings Statement

ADP

Period Starting: 03/26/2018
Period Ending: 04/08/2018
Pay Date: 04/13/2018

Taxable Marital Status: Single
Exemptions/Allowances:      Tax Override:
  Federal:    4                Federal:
  State:      0                State:
  Local:      0                Local:
Social Security Number: XXX-XX-XXXX

Thomas C Stafford
6491 Woodbine Ave
Philadelphia, PA 19151

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 144.2400 | 80.00 | 11539.20 | 91159.68 |
| Holiday | | | 0.00 | 1153.92 |
| **Gross Pay** | | | **$11,539.20** | **$92,313.60** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -2821.35 | 22780.24 |
| Social Security | -713.82 | 5710.57 |
| Medicare | -166.95 | 1335.54 |
| Pennsylvania State Income | -353.46 | 2827.68 |
| Pennsylvania State UI | -6.92 | 55.38 |
| Phila R Local Income | -448.96 | 3591.68 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *Dental pre-tax | -25.96 | 207.68 |

| Net Pay | $7,001.78 |
|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Personal | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 16.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 16.00 |
| Sick | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 32.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 32.00 |
| Vacation | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 160.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 160.00 |
| Total Hours Worked | 80.00 | 632.00 |

Your federal taxable wages this period are $11,513.24
* Excluded from Federal taxable wages

Integrated Support Services Inc
225 E City Avenue Suite 205
Bala Cynwyd, PA 19004

3-50/310

Payroll Check Number: 2176
Pay Date: 04/13/2018

Pay to the order of: Thomas C Stafford

This amount: SEVEN THOUSAND ONE AND 78/100

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

$7,001.78

wells fargo

Thomas C Stafford
6491 Woodbine Ave
Philadelphia, PA 19151

| Company Code<br>R6 / RSE 22954693 | Loc/Dept<br>01/000100 | Number<br>2203 | Page<br>1 of 1 |
|---|---|---|---|

Integrated Support Services Inc
225 E City Avenue Suite 205
Bala Cynwyd, PA 19004

**Earnings Statement**

ADP

Period Starting:   04/09/2018
Period Ending:    04/22/2018
Pay Date:         04/27/2018

Taxable Marital Status: Single
Exemptions/Allowances:       Tax Override:
    Federal:   4                Federal:
    State:     0                State:
    Local:     0                Local:
Social Security Number:   XXX-XX-XXXX

Thomas C Stafford
6491 Woodbine Ave
Philadelphia, PA 19151

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 144.2400 | 80.00 | 11539.20 | 102698.88 |
| Holiday | | | 0.00 | 1153.92 |
| Gross Pay | | | $11,539.20 | $103,852.80 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -2821.35 | 25601.59 |
| Social Security | -713.82 | 6424.39 |
| Medicare | -166.94 | 1502.48 |
| Pennsylvania State Income | -353.46 | 3181.14 |
| Pennsylvania State UI | -6.93 | 62.31 |
| Phila R Local Income | -448.96 | 4040.64 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *Dental pre-tax | -25.96 | 233.64 |

| | | |
|---|---|---|
| Net Pay | | $7,001.78 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Personal | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 16.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 16.00 |
| Sick | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 32.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 32.00 |
| Vacation | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 160.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 160.00 |
| Total Hours Worked | 80.00 | 712.00 |

Your federal taxable wages this period are $11,513.24
* Excluded from Federal taxable wages

Integrated Support Services Inc
225 E City Avenue Suite 205
Bala Cynwyd, PA 19004

Payroll Check Number:   2203
Pay Date:                04/27/2018

3-50/310

Pay to the order of:   Thomas C Stafford
This amount:   SEVEN THOUSAND ONE AND 78/100

$7,001.78

THIS IS NOT A CHECK
VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

wells fargo

Thomas C Stafford
6491 Woodbine Ave
Philadelphia, PA 19151