United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Thomas Stafford  
      Debtor

Case No. 18-12948-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Jun 04, 2018  
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2018.  
db          Thomas Stafford,    6491 Woodbine Ave,    Philadelphia, PA    19151-2406

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                 TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2018                                        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2018 at the address(es) listed below:  
         ERIK B. JENSEN    on behalf of Debtor Thomas   Stafford akeem@jensenbagnatolaw.com, gilberto@jensenbagnatolaw.com;mjmecf@gmail.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    THE BANK OF NEW YORK MELLON, f/k/a THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2007-12 bkgroup@kmllawgroup.com  
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                                    TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
:
**Thomas Stafford** :
:
: BANKRUPTCY NO.: 18-12948-MDC

**O R D E R**

AND NOW, this 4th day of June 2018, upon consideration of Debtors' Motion, it is hereby,

ORDERED AND DECREED that debtor shall be allowed an extension of time until 6/4/2018 to file all required documents including Statement of Affairs and Schedules of Assets.

BY THE COURT:

_____
Hon. Magdeline D. Coleman
U.S. BANKRUPTCY JUDGE

cc:  Thomas Stafford
     6491 Woodbine Avenue
     Philadelphia, PA 19151

     William C. Miller, Trustee
     PO Box 40119
     Philadelphia, PA 19106

     Office of the U.S. Trustee
     833 Chestnut Street
     Suite 500
     Philadelphia, PA 19106