B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In re  **Thomas Stafford**                                                              Case No.   **18-12948**

                                                                                        Chapter    **13**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---:|
   | For legal services, I have agreed to accept................................................. | **$3,905.00** |
   | Prior to the filing of this statement I have received....................................... | **$1,905.00** |
   | Balance Due....................................................................................... | **$2,000.00** |

2. The source of the compensation paid to me was:
   ☑ Debtor            ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor            ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d.  [Other provisions as needed]

   **Filing documents and pleadings as may be necessary to comply with the statutory requirements for completion of the case;**

   **(f)  Resolving objections to confirmation, and objections to exemptions related to matters disclosed to counsel pre-petition;**

   **(g) Meetings and routine correspondence in connection with the above services.**

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   (a) In any chapter 7 bankruptcy, defending motions for relief from the automatic stay or motions to dismiss;

   (b) In any chapter 7 bankruptcy, executing reaffirmation agreements or assumptions of leases

   (c) In any chapter 7 bankruptcy, responding to formal inquires from the Trustee, including any related hearings, meetings, and routine correspondence;

   (d) In any chapter 13 bankruptcy, defending motions for relief from the automatic stay or motions to dismiss;

   (e) Objecting to proof of claims from secured, priority, or unsecured creditors;

   (f) Negotiation with creditors and consultation with clients to resolve issues related nonpayment of post-petition obligations;

   (g) Attendance of adjourned Meeting of Creditors or bankruptcy hearings, caused or requested by the client(s);

   (h) Motions to modify the Chapter 13 Plan Post-Confirmation;

   (i) Motions to appoint realtors and sell free and clear of liens;

   (j) Motions to determine value of collateral and/or extent of the security     interest of a creditor;

   (k) Motions to avoid liens;

   (l) Adversary proceedings or litigation related to contested motions.

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **06/11/2018** | **/s/ Erik B. Jensen** |
| *Date* | *Erik B. Jensen*         Bar No.  40330 |
| | Jensen Bagnato, P.C. |
| | 1500 Walnut Street |
| | Suite 1920 |
| | Philadelphia, PA 19102 |
| | Phone: (215) 546-4700 |

---

  **/s/ Thomas Stafford**
  ***Thomas Stafford***