| Fill in this information to identify your case: |
|---|

| Debtor 1 | **Thomas** _____ **Stafford** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | _____ |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | **EASTERN DIST. OF PENNSYLVANIA** |
| Case number (if known) | **18-12948** |

☐ Check if this is an amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information                12/15

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  Fill out all of your schedules first; then complete the information on this form.  If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

## Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)

   1a. Copy line 55, Total real estate, from Schedule A/B........................................................... **$653,473.00**

   1b. Copy line 62, Total personal property, from Schedule A/B................................................ **$57,478.00**

   1c. Copy line 63, Total of all property on Schedule A/B.......................................................... **$710,951.00**

## Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... **$1,068,908.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F................... **$2,000.00**

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............... + **$80.00**

   **Your total liabilities**      **$1,070,988.00**

## Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of Schedule I................................................................... **$17,670.51**

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of Schedule J............................................................................. **$9,905.00**

Debtor 1   **Thomas Stafford**                                         Case number (if known)  **18-12948**

## Part 4:  Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ☒ Yes

7. **What kind of debt do you have?**

   ☒ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the** *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.         **$10,635.88**

9. **Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F:*

   **Total claim**

   **From Part 4 on** *Schedule E/F,* **copy the following:**

   9a. Domestic support obligations. (Copy line 6a.)                                          $0.00

   9b. Taxes and certain other debts you owe the government. (Copy line 6b.)                 $0.00

   9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.)        $0.00

   9d. Student loans. (Copy line 6f.)                                                         $0.00

   9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.)         $0.00

   9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.)   + $0.00

   9g. **Total.** Add lines 9a through 9f.                                                    $0.00