# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                                      Chapter 13

                                                     Bankruptcy No. 18-12948-MDC

THOMAS STAFFORD

6491 WOODBINE AVENUE

PHILADELPHIA, PA 19151

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    THOMAS STAFFORD

    6491 WOODBINE AVENUE

    PHILADELPHIA, PA 19151

**Counsel for debtor(s), by electronic notice only.**
    ERIK B JENSEN, ESQ.
    JENSEN BAGNATO, P.C.
    1500 WALNUT ST., STE 1920
    PHILA, PA 19102-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA 19107

                                                                 /s/ William C. Miller

Date: 10/17/2018

                                                                  _____
                                                                  William C. Miller, Esquire
                                                                  Chapter 13 Standing Trustee