IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------x
In re:                                          :
                                                :     In Chapter 13
   THOMAS STAFFORD,                  :
                                                :     Bankruptcy No. 18-12948 (MDC)
                      Debtor.    :
------------------------------------------------------x

## **PRAECIPE TO WITHDRAW PROOF OF CLAIM**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw Proof of Claim number 6-1 filed by the City of Philadelphia on October 26, 2018 in the amount of $10,200.00.

                                            Respectfully submitted,

                                            THE CITY OF PHILADELPHIA

Dated: November 2, 2018    By:    /s/ Megan N. Harper
                                            Megan N. Harper
                                            Deputy City Solicitor
                                            City of Philadelphia Law Department
                                            1401 JFK Blvd., 5th Floor
                                            Philadelphia, PA  19102-1595
                                            215-686-0503 (phone)
                                            215-686-0588 (facsimile)
                                            Email: Megan.Harper@Phila.gov