# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Thomas Stafford | Chapter 13 |
| Debtor | Bankruptcy No. 18-12948 |

## Notice of Objection to Proof of Claim

**Thomas Stafford, through his attorney, Erik B. Jensen, Esquire Attorney for the Debtor, has filed an Objection to Proof of Claim.**

Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.

1. If you do not want the court to eliminate or change your claim, then on or before 3/21/19. You or your attorney must:

    a. File with the court a written response to the objection, explaining your position at

    Office of the Clerk
    United States Bankruptcy Court
    900 Market Street
    4th Floor
    Philadelphia, PA 19107

    If you mail your response to the court for filing, you must mail it early enough so that the court will receive it on or before the date stated above; and

    b. You must also mail a copy to:

    Erik B. Jensen, Esquire
    Law Offices of Erik B. Jensen, P.C.
    1500 Walnut Street, Suite 1920
    Philadelphia, PA 19102
    Phone No. (215) 546-4700
    Fax No. (215) 546-7440

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may decide that you do not oppose the objection to your claim.

3. Attend the hearing on the Objection scheduled to be held before the **Honorable Magdeline D. Coleman on 4/9/19 at 10:30 a.m., in Courtroom #2 at the United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.**

4. If a copy of the Objection is not enclosed, a copy of the objection will be provided to you if you request a copy from the attorney name in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's Office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.