IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                  :        Chapter 13
                                        :
        Thomas Stafford                 :
                                        :        No. 18-12948-mdc
        Debtor                          :
                                        :

CERTIFICATE OF SERVICE

I, Erik B. Jensen, Esquire, Attorney for the above-named Debtor, hereby certifies that a true and correct copy of the Court Order dated July 26, 2019 was served upon all creditors and interested parties via first class regular mail on July 29, 2019.

/s/ Erik B. Jensen
Erik B. Jensen, Esquire
*Attorney for Debtor*

Date: August 9, 2019