UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In Re:

Thomas Stafford

13

Bky No. 18-12948-mdc

Debtor(s).

# ORDER

**AND NOW,** this __14th__ day of _____August_____, 2019, upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Jensen Bagnato, P.C., counsel for debtor(s) and after notice it is hereby

**ORDERED** that counsel fees in the amount $3,905.00 less $1,905.00 already paid with a remaining balance of $2,000.00 are allowed and maybe paid by the trustee to the extent provided in the confirmed plan. See 11USC§(330)(4)(B)

BY THE COURT:

_____
Magdeline D. Coleman
Chief United States Bankruptcy Judge

CC:   **Jensen Bagnato, P.C.**
**ERIK B. JENSEN, ESQUIRE**
**1500 Walnut Street**
**Suite 1920**
**Philadelphia, PA   19102**

William C. Miller, Esquire
Chapter 13 Trustee
Post Office Box 40119
Philadelphia, PA 19106
*******************************************