United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Thomas Stafford  
    Debtor

Case No. 18-12948-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Aug 14, 2019  
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2019.  
db          Thomas Stafford,    6491 Woodbine Ave,    Philadelphia, PA   19151-2406

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                 TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2019                                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2019 at the address(es) listed below:

       ANTHONY ST. JOSEPH    on behalf of Creditor    UNITED STATES ON BEHALF OF INTERNAL REVE  
        anthony.stjoseph@usdoj.gov,    mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov  
       ERIK B. JENSEN    on behalf of Debtor Thomas  Stafford akeem@jensenbagnatolaw.com,  
        gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com  
       MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,  
        karena.blaylock@phila.gov  
       REBECCA ANN SOLARZ    on behalf of Creditor    THE BANK OF NEW YORK MELLON, f/k/a THE BANK OF NEW  
        YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES,  
        SERIES 2007-12 bkgroup@kmllawgroup.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,  
        philaecf@gmail.com  
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                                                          TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In Re:

Thomas Stafford

13

Bky No. 18-12948-mdc

Debtor(s).

**ORDER**

      **AND NOW,** this  14th  day of            August            , 2019, upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Jensen Bagnato, P.C., counsel for debtor(s) and after notice it is hereby

      **ORDERED** that counsel fees in the amount $3,905.00 less $1,905.00 already paid with a remaining balance of $2,000.00 are allowed and maybe paid by the trustee to the extent provided in the confirmed plan. See 11USC§(330)(4)(B)

BY THE COURT:

_Magdeline D. Coleman_
_____
Magdeline D. Coleman
Chief United States Bankruptcy Judge

CC:    **Jensen Bagnato, P.C.**
         **ERIK B. JENSEN, ESQUIRE**
         **1500 Walnut Street**
         **Suite 1920**
         **Philadelphia, PA   19102**

         William C. Miller, Esquire
         Chapter 13 Trustee
         Post Office Box 40119
         Philadelphia, PA 19106
*******************************************